

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**FRIEDMAN VARTOLO LLP**
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
bankruptcy@friedmanvartolo.com
T: (212) 471-5100
F: (212) 471-5150
Attorneys for Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust

**Order Filed on February 20, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Tariq Sinclair,

Debtor(s)

CASE NO.: 23-16482-VFP

CHAPTER: 13

HON. JUDGE.: Vincent F. Papalia

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: February 20, 2026**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the motion is granted and the stay of Bankruptcy Code Section 362(a) is terminated to permit the Movant to immediately institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant`s rights in the following Property up to and including the scheduling a Sheriff's Sale, including listing the Property for Sheriff's Sale and all necessary activities to effectuate same:

[x] Real property commonly known and more fully described as: 72 Tillinghast St, Newark, NJ 07103 (the "Property");  and it is further

**ORDERED** that on February 1, 2026, and March 1, 2026, Debtor must make payments to Creditor in the total amount of $2,150.60 ($1,687.73 monthly post-petition payment plus $462.87 monthly cure payment as set forth in the Consent Order at Doc. 43);  and it is further

**ORDERED** that a Status Conference is scheduled for **March 6, 2026, at 10:00 AM**;  and it is further

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code; and it is further

**ORDERED** that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor; and it is further

**ORDERED** that the Co-Debtor stay in effect as it pertains to Shannon Sinclair pursuant to section 1301(a) of the Bankruptcy Code is hereby modified to allow Movant its successors and/or assigns to commence and /or continue with a foreclose action and eviction proceeding with regard to the Premises; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.